66 F.3d 308
 Bobbie
v.
Slattery
 NO. 94-6304
 United States Court of Appeals,
Second Circuit.
 Aug 15, 1995
 Appeal From: E.D.N.Y. 94-cv-3360
 
 1
 AFFIRMED.
 
 
 2
 Decisions Without Reported Opinions' appearing in the Federal Reporter. The Second Circuit provides by rule for disposition by summary order when a decision is unanimous and each judge believes that 'no jurisprudential purpose would be served by a written opinion.' Decisions without formal opinions 'shall not be cited or otherwise used inunrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)